1  ROBERT A. DOLINKO (State Bar No. 076256)
   radolinko@thelen.com
2  CHRIS BAKER (State Bar No. 181557)
   cbaker@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street; Suite 1800
4  San Francisco, CA 94105
   Telephone:  (415) 371-1200
5  Facsimile:   (415) 371-1211

6  Attorneys for Defendant
   THE HERTZ CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | MELINDA FRIEND and JOHN NHIEU, on | Case No.:  C 07-05222 EMC
12 | behalf of themselves, and on behalf of all |
   | others similarly situated,                 |
13 |                                            | **CERTIFICATE OF SERVICE**
   |             Plaintiffs,                    |
14 |                                            |
15 | vs.                                        |
16 | THE HERTZ CORPORATION, and DOES 1 |
   | through 50, inclusive,                     |
17 |                                            |
   |             Defendants.                    |
18

19

20

21        I am over the age of 18 and not a party to the within action.  I am employed in the County

22 of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP.  My

23 business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

24        On October 11, 2007, I served the following entitled document:

25        1.    **NOTICE OF REMOVAL OF CIVIL ACTION**
                **UNDER 28 U.S.C. § 1332(d) and 28 U.S.C. § 1441(a)**
26
          2.    **DECLARATION OF KIRSTA MEMMELAAR IN**
27              **SUPPORT OF REMOVAL OF ACTION**

28        3.    **ECF REGISTRATION INFORMATION HANDOUT**

SF #1351777 v1                       -1-
                    CERTIFICATE OF SERVICE BY MAIL

4.     **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

5.     **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

6.     **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

>Joshua G. Konecky
>Clint J. Brayton
>W.H. "Hank" Wilson, IV
>Schneider & Wallace
>180 Montgomery Street, Suite 2000
>San Francisco, CA 94104

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2007, at San Francisco, California.

_____
Lisa Schuh