1  ROBERT A. DOLINKO     (State Bar No. 076256)
   radolinko@thelen.com
2  CHRIS BAKER (State Bar No. 181557)
   cbaker@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street; Suite 1800
4  San Francisco, CA 94105
   Telephone:  (415) 371-1200
5  Facsimile:   (415) 371-1211

6  Attorneys for Defendant
   THE HERTZ CORPORATION
7

8                  **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MELINDA FRIEND and JOHN NHIEU, on behalf of themselves, and on behalf of all others similarly situated, | Case No.: C 07-05222 EMC |
| Plaintiffs, | **COPY OF PLAINTIFFS' CLASS ACTION COMPLAINT - NOTICE OF ERRATA** |
| vs. | |
| THE HERTZ CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that attached hereto as Exhibit A is a complete copy of Plaintiffs' Class Action Complaint inasmuch as the copy attached to the Notice of Removal inadvertently omitted page 7.

Dated: October 11, 2007         THELEN REID BROWN RAYSMAN
                                & STEINER LLP

                                By:  /s/ Robert A. Dolinko, Esq.
                                     Robert A. Dolinko
                                     Attorneys for Defendant
                                     THE HERTZ CORPORATION

SF #1352071 v1                  -1-
**COPY OF COMPLAINT – NOTICE OF ERRATA**