ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelenreid.com
CHRIS D. BAKER (State Bar No. 181557)
cbaker@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone:  (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND and JOHN NHIEU, on behalf of themselves, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　Defendants.<br>　　　　　　　　　　Defendant. | **Case No. C 07 05222 EMC**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

///

///

SF #1354380 v1

-1-

-2-

1 to a United States District Judge.

2 Dated: October 17, 2007                    THELEN REID BROWN RAYSMAN
3                                             & STEINER LLP

5                                            By  /s/ Robert A. Dolinko
                                                 Robert A. Dolinko
6                                                Attorneys for Defendant
                                                 THE HERTZ CORPORATION