United States District Court

For the Northern District of California

1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9
10   MELINDA FRIEND, et al.,                        Case No. 07-5222 EMC
11              Plaintiffs,
12         v.
13   THE HERTZ CORPORATION, et al.,
14              Defendants.
15   _____/
16
17
18              **NOTICE OF IMPENDING REASSIGNMENT TO**
                **A UNITED STATES DISTRICT COURT JUDGE**
19
20       The Clerk of this Court will now randomly reassign this case to a United States District Judge
21   because either:
22       ( x )   One or more of the parties has requested reassignment to a United States District
23   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
24       ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary
25   restraining order) that a United States Magistrate Judge may not take without the consent of all
26
27   parties, the necessary consents have not been secured, and time is of the essence.
28

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3  date.

Dated: November 19, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

2