**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                   415.522.2000

**November 20, 2007**

CASE NUMBER:  CV 07-05222 EMC
CASE TITLE:  MELINDA FRIEND-v-THE HERTZ CORPORATION

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/20/07

                                                                            FOR THE EXECUTIVE COMMITTEE:

                                                                            _____/s/ Richard W. Wieking_____
                                                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                Entered in Computer 11/20/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA