Joshua G. Konecky (SBN 182897)
Clint J. Brayton (SBN 192214)
W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND and JOHN NHIEU, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:07-cv-05222 MMC<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>Date: January 4, 2008<br>Time: 9:00 am<br>Courtroom: 7<br>Judge: The Hon. Maxine M. Chesney |

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

## ORDER

Plaintiffs' Motion to Remand came on for hearing on January 4, 2008.  After consideration of the papers and arguments submitted by Plaintiffs and Defendant, the Court makes the following FINDINGS:

1. Plaintiffs and the class members are citizens of California.
2. For purposes of subject matter jurisdiction based on diversity of the parties, a corporation is deemed to be a citizen of the state of its principal place of business.  28 U.S.C. §1332(c)(1).
3. Because Hertz does substantially more business in California than in any other state, Hertz's principal place of business is California.
4. Because Hertz's principal place of business is California, no diversity of citizenship exists here, and this Court lacks subject matter jurisdiction over this matter.

In light of the foregoing, the Court makes the following ORDER:

Plaintiffs' Motion to Remand is hereby GRANTED.

IT IS SO ORDERED.

Date: _____          _____
                                    The Hon. Maxine M. Chesney

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

1