# EXHIBIT A

Case 3:07-cv-05222-MMC    Document 13-2    Filed 12/14/2007    Page 1 of 6

SF #1173929 v1

**U.S. Census Bureau**

State & County QuickFacts

# California

| People QuickFacts | California | USA |
|---|---|---|
| Population, 2006 estimate | 36,457,549 | 299,398,484 |
| Population, percent change, April 1, 2000 to July 1, 2006 | 7.6% | 6.4% |
| Population, 2000 | 33,871,648 | 281,421,906 |
| Persons under 5 years old, percent, 2005 | 7.4% | 6.8% |
| Persons under 18 years old, percent, 2005 | 26.9% | 24.8% |
| Persons 65 years old and over, percent, 2005 | 10.7% | 12.4% |
| Female persons, percent, 2005 | 50.1% | 50.7% |
| White persons, percent, 2005 (a) | 77.0% | 80.2% |
| Black persons, percent, 2005 (a) | 6.7% | 12.8% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 1.2% | 1.0% |
| Asian persons, percent, 2005 (a) | 12.2% | 4.3% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.4% | 0.2% |
| Persons reporting two or more races, percent, 2005 | 2.4% | 1.5% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 35.2% | 14.4% |
| White persons not Hispanic, percent, 2005 | 43.8% | 66.9% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 50.2% | 54.1% |
| Foreign born persons, percent, 2000 | 26.2% | 11.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 39.5% | 17.9% |
| High school graduates, percent of persons age 25+, 2000 | 76.8% | 80.4% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 26.6% | 24.4% |
| Persons with a disability, age 5+, 2000 | 5,923,361 | 49,746,248 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 27.7 | 25.5 |
| Housing units, 2005 | 12,989,254 | 124,521,886 |
| Homeownership rate, 2000 | 56.9% | 66.2% |
| Housing units in multi-unit structures, percent, 2000 | 31.4% | 26.4% |
| Median value of owner-occupied housing units, 2000 | $211,500 | $119,600 |
| Households, 2000 | 11,502,870 | 105,480,101 |
| Persons per household, 2000 | 2.87 | 2.59 |
| Median household income, 2004 | $49,894 | $44,334 |
| Per capita money income, 1999 | $22,711 | $21,587 |

**U.S. Census Bureau**

State & County QuickFacts

# Florida

| People QuickFacts | Florida | USA |
|---|---:|---:|
| Population, 2006 estimate | 18,089,888 | 299,398,484 |
| Population, percent change, April 1, 2000 to July 1, 2006 | 13.2% | 6.4% |
| Population, 2000 | 15,982,378 | 281,421,906 |
| Persons under 5 years old, percent, 2005 | 6.3% | 6.8% |
| Persons under 18 years old, percent, 2005 | 22.9% | 24.8% |
| Persons 65 years old and over, percent, 2005 | 16.8% | 12.4% |
| Female persons, percent, 2005 | 51.0% | 50.7% |
| White persons, percent, 2005 (a) | 80.4% | 80.2% |
| Black persons, percent, 2005 (a) | 15.7% | 12.8% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 0.4% | 1.0% |
| Asian persons, percent, 2005 (a) | 2.1% | 4.3% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.1% | 0.2% |
| Persons reporting two or more races, percent, 2005 | 1.2% | 1.5% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 19.5% | 14.4% |
| White persons not Hispanic, percent, 2005 | 62.1% | 66.9% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 48.9% | 54.1% |
| Foreign born persons, percent, 2000 | 16.7% | 11.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 23.1% | 17.9% |
| High school graduates, percent of persons age 25+, 2000 | 79.9% | 80.4% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 22.3% | 24.4% |
| Persons with a disability, age 5+, 2000 | 3,274,566 | 49,746,248 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 26.2 | 25.5 |
| Housing units, 2005 | 8,256,847 | 124,521,886 |
| Homeownership rate, 2000 | 70.1% | 66.2% |
| Housing units in multi-unit structures, percent, 2000 | 29.9% | 26.4% |
| Median value of owner-occupied housing units, 2000 | $105,500 | $119,600 |
| Households, 2000 | 6,337,929 | 105,480,101 |
| Persons per household, 2000 | 2.46 | 2.59 |
| Median household income, 2004 | $40,900 | $44,334 |
| Per capita money income, 1999 | $21,557 | $21,587 |

**U.S. Census Bureau**

State & County QuickFacts

# Texas

| People QuickFacts | Texas | USA |
|---|---:|---:|
| Population, 2006 estimate | 23,507,783 | 299,398,484 |
| Population, percent change, April 1, 2000 to July 1, 2006 | 12.7% | 6.4% |
| Population, 2000 | 20,851,820 | 281,421,906 |
| Persons under 5 years old, percent, 2005 | 8.2% | 6.8% |
| Persons under 18 years old, percent, 2005 | 27.7% | 24.8% |
| Persons 65 years old and over, percent, 2005 | 9.9% | 12.4% |
| Female persons, percent, 2005 | 50.2% | 50.7% |
| White persons, percent, 2005 (a) | 83.2% | 80.2% |
| Black persons, percent, 2005 (a) | 11.7% | 12.8% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 0.7% | 1.0% |
| Asian persons, percent, 2005 (a) | 3.3% | 4.3% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.1% | 0.2% |
| Persons reporting two or more races, percent, 2005 | 1.1% | 1.5% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 35.1% | 14.4% |
| White persons not Hispanic, percent, 2005 | 49.2% | 66.9% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 49.6% | 54.1% |
| Foreign born persons, percent, 2000 | 13.9% | 11.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 31.2% | 17.9% |
| High school graduates, percent of persons age 25+, 2000 | 75.7% | 80.4% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 23.2% | 24.4% |
| Persons with a disability, age 5+, 2000 | 3,605,542 | 49,746,248 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 25.4 | 25.5 |
| Housing units, 2005 | 9,026,011 | 124,521,886 |
| Homeownership rate, 2000 | 63.8% | 66.2% |
| Housing units in multi-unit structures, percent, 2000 | 24.2% | 26.4% |
| Median value of owner-occupied housing units, 2000 | $82,500 | $119,600 |
| Households, 2000 | 7,393,354 | 105,480,101 |
| Persons per household, 2000 | 2.74 | 2.59 |
| Median household income, 2004 | $41,645 | $44,334 |
| Per capita money income, 1999 | $19,617 | $21,587 |

# U.S. Census Bureau

State & County QuickFacts

# Illinois

| People QuickFacts | Illinois | USA |
|---|---:|---:|
| Population, 2006 estimate | 12,831,970 | 299,398,484 |
| Population, percent change, April 1, 2000 to July 1, 2006 | 3.3% | 6.4% |
| Population, 2000 | 12,419,293 | 281,421,906 |
| Persons under 5 years old, percent, 2005 | 7.0% | 6.8% |
| Persons under 18 years old, percent, 2005 | 25.4% | 24.8% |
| Persons 65 years old and over, percent, 2005 | 12.0% | 12.4% |
| Female persons, percent, 2005 | 50.9% | 50.7% |
| White persons, percent, 2005 (a) | 79.4% | 80.2% |
| Black persons, percent, 2005 (a) | 15.1% | 12.8% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 0.3% | 1.0% |
| Asian persons, percent, 2005 (a) | 4.1% | 4.3% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.1% | 0.2% |
| Persons reporting two or more races, percent, 2005 | 1.1% | 1.5% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 14.3% | 14.4% |
| White persons not Hispanic, percent, 2005 | 65.8% | 66.9% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 56.8% | 54.1% |
| Foreign born persons, percent, 2000 | 12.3% | 11.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 19.2% | 17.9% |
| High school graduates, percent of persons age 25+, 2000 | 81.4% | 80.4% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 26.1% | 24.4% |
| Persons with a disability, age 5+, 2000 | 1,999,717 | 49,746,248 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 28.0 | 25.5 |
| Housing units, 2005 | 5,144,623 | 124,521,886 |
| Homeownership rate, 2000 | 67.3% | 66.2% |
| Housing units in multi-unit structures, percent, 2000 | 34.0% | 26.4% |
| Median value of owner-occupied housing units, 2000 | $130,800 | $119,600 |
| Households, 2000 | 4,591,779 | 105,480,101 |
| Persons per household, 2000 | 2.63 | 2.59 |
| Median household income, 2004 | $47,711 | $44,334 |
| Per capita money income, 1999 | $23,104 | $21,587 |

**U.S. Census Bureau**

State & County QuickFacts

# New York

| People QuickFacts | New York | USA |
|---|---:|---:|
| Population, 2006 estimate | 19,306,183 | 299,398,484 |
| Population, percent change, April 1, 2000 to July 1, 2006 | 1.7% | 6.4% |
| Population, 2000 | 18,976,457 | 281,421,906 |
| Persons under 5 years old, percent, 2005 | 6.5% | 6.8% |
| Persons under 18 years old, percent, 2005 | 23.6% | 24.8% |
| Persons 65 years old and over, percent, 2005 | 13.1% | 12.4% |
| Female persons, percent, 2005 | 51.6% | 50.7% |
| White persons, percent, 2005 (a) | 73.8% | 80.2% |
| Black persons, percent, 2005 (a) | 17.4% | 12.8% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 0.5% | 1.0% |
| Asian persons, percent, 2005 (a) | 6.7% | 4.3% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.1% | 0.2% |
| Persons reporting two or more races, percent, 2005 | 1.5% | 1.5% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 16.1% | 14.4% |
| White persons not Hispanic, percent, 2005 | 60.9% | 66.9% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 61.8% | 54.1% |
| Foreign born persons, percent, 2000 | 20.4% | 11.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 28.0% | 17.9% |
| High school graduates, percent of persons age 25+, 2000 | 79.1% | 80.4% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 27.4% | 24.4% |
| Persons with a disability, age 5+, 2000 | 3,606,147 | 49,746,248 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 31.7 | 25.5 |
| Housing units, 2005 | 7,853,020 | 124,521,886 |
| Homeownership rate, 2000 | 53.0% | 66.2% |
| Housing units in multi-unit structures, percent, 2000 | 50.6% | 26.4% |
| Median value of owner-occupied housing units, 2000 | $148,700 | $119,600 |
| Households, 2000 | 7,056,860 | 105,480,101 |
| Persons per household, 2000 | 2.61 | 2.59 |
| Median household income, 2004 | $45,343 | $44,334 |
| Per capita money income, 1999 | $23,389 | $21,587 |