# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Friend,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>Hertz Corporation,<br><br>                    Defendant(s). | 07-05222 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 8, 2008

                         RICHARD W. WIEKING
                         Clerk
                         by:     Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05222 MMC                                             -2-

**PROOF OF SERVICE**

Case Name:      Friend v. Hertz Corporation

Case Number:    07-05222 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   W.H. Hank Willson IV
>   Schneider & Wallace
>   180 Montgomery Street
>   Suite 2000
>   San Francisco, CA 94104
>   wwillson@schneiderwallace.com

>   Joshua Geoffrey Konecky
>   Schneider & Wallace
>   180 Montgomery Street, Suite 2000
>   San Francisco, CA 94104
>   jkonecky@schneiderwallace.com

>   Clint J. Brayton
>   Schneider & Wallace
>   180 Montgomery Street, Suite 2000
>   San Francisco, CA 94104
>   cbrayton@schneiderwallace.com

>   Christopher David Baker
>   Thelen Reid Brown Raysman & Steiner LLP

101 Second Street
Suite 1800
San Francisco, CA 94105
cbaker@thelen.com

Robert A. Dolinko
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
radolinko@thelen.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov