## PROOF OF SERVICE

**Friend, et al. v. Hertz Corporation, et al., Case No. RG07344896**

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On December 7, 2007, I served the following document(s) described as:

1. Case Management Conference Order

2. Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

**BY FAX:** I caused such document(s) to be transmitted by facsimile to the persons and facsimile machine numbers listed below. The fax number of the sending facsimile machine was 415-421-7105. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

Robert A. Dolinko
Chris Baker
Thelen Reid Brown Raysman & Steiner LLP
101 Second St., Suite 1800
San Francisco, CA 94105
Fax: 415 371 1211

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on December 7, 2007, at San Francisco, California.

Mildred De La Rosa