**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                            415.522.2000

January 16, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-05222 MMC    MELINDA FRIEND-v-THE HERTZ CORPORATION
          Your Case Number: (RG07344896)

Dear Clerk,

          Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

          (x)        Certified copies of docket entries

          (x)        Certified copies of Remand Order

          (x)        Other (E-Filing Case)

          Please acknowledge receipt of the above documents on the attached copy of this letter.


                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk


                                        by:  Alfred Amistoso
                                        Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                              415.522.2000

January 16, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-05222 MMC    MELINDA FRIEND-v-THE HERTZ CORPORATION
          Your Case Number: (RG07344896)

Dear Clerk,

          Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

          (x)        Certified copies of docket entries

          (x)        Certified copies of Remand Order

          (x)        Other (E-Filing Case)

          Please acknowledge receipt of the above documents on the attached copy of this letter.


                              Sincerely,

                              RICHARD W. WIEKING, Clerk


                              by:  Alfred Amistoso
                              Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

―――――――――

www.cand.uscourts.gov

Richard W. Wieking                                                                                      General Court Number
Clerk                                                                                                             415.522.2000

January 16, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-05222 MMC    MELINDA FRIEND-v-THE HERTZ CORPORATION
      Your Case Number: (RG07344896)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

          (x)      Certified copies of docket entries

          (x)      Certified copies of Remand Order

          (x)      Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by:  Alfred Amistoso
      Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              415.522.2000

January 16, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  <u>CV 07-05222 MMC    MELINDA FRIEND-v-THE HERTZ CORPORATION</u>
        Your Case Number: <u>(RG07344896)</u>
Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                    (x)        Certified copies of docket entries

                    (x)        Certified copies of Remand Order

                    (x)        Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.


                                    Sincerely,

                                    RICHARD W. WIEKING, Clerk


                                    by:  Alfred Amistoso
                                    Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg