ENDORSED
FILED
ALAMEDA COUNTY

JAN 2 2 2008

Exec. Off./Clerk
By Latrice Newton

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 16, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE: CV 07-05222 MMC   MELINDA FRIEND-v-THE HERTZ CORPORATION
    Your Case Number: (RG07344896)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    (x)    Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,

                RICHARD W. WIEKING, Clerk

                by: Alfred Amistoso
                Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

FILED MMC
JAN 24 PM 3
RD W. WIEKI
DISTRICT COU
ICT OF CALIFOR

OAKLAND CA 946
22 JAN 2008 PM 9 T

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES