FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA FRIEND; et al., | No. 08-80011 |
| Plaintiffs-Respondents, | D.C. No. CV-07-05222-MMC |
| v. | Northern District of California, San Francisco |
| THE HERTZ CORPORATION, | ORDER |
| Defendant-Petitioner. | |

Before: FISHER and PAEZ, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

ec/MOATT

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/17/2008 at 10:17:26 AM PDT and filed on 04/17/2008

| | |
|---|---|
| **Case Name:** | Friend, et al v. The Hertz Corp. |
| **Case Number:** | 08-80011 |
| **Document(s):** | Document(s) |

**Docket Text:**
Order filed (RAYMOND C. FISHER and RICHARD A. PAEZ): The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied. [Denied;Procedural termination after other judicial action; ]

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Order Filed
**Original Filename:** 08-80011.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/17/2008] [FileNumber=6504875-0]
[6fa38e7e9268ea94296119bad4a6111c2e6d3c4e8a08123218771c5f2f67816049fd7f3b20f7194de22e46c

**Notice will be mailed to:**

Dolinko, Robert A., Attorney
THELEN REID BROWN RAYSMAN & STEINER LLP
Suite 2100
101 Second St.
San Francsico, CA 94105-0000

Konecky, Joshua G.
SCHNEIDER & WALLACE
Suite 2000
180 Montgomery St.
San Francisco, CA 94104-0000

USDC, San Francisco
Northern District of California (San Francisco)
P.O. Box 36060
San Francisco, CA 94102-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6504875
**RELIEF(S) DOCKETED:**

08-80011 Friend, et al v. The Hertz Corp. "Dispositive Order Filed" Page 2 of 2

Case 3:07-cv-05222-MMC   Document 21   Filed 04/21/2008   Page 3 of 3

DENIED (CLOSING)
**DOCKET PART(S) ADDED:** 5583786, 5583787