

1 ROBERT A. DOLINKO (State Bar No. 076256)
  radolinko@thelen.com
2 CHRIS BAKER (State Bar No. 181557)
  cdbaker@thelen.com
3 THELEN REID BROWN RAYSMAN & STEINER LLP
  101 Second Street; Suite 1800
4 San Francisco, CA 94105
  Telephone:  (415) 371-1200
5 Facsimile:  (415) 371-1211

6 Attorneys for Defendant
  THE HERTZ CORPORATION
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 | MELINDA FRIEND and JOHN          | Case No.:  3:07-CV-05222 MMC
   | NHIEU, on behalf of themselves, and |
12 | on behalf of all others similarly | **NOTICE OF COURT OF APPEAL**
   | situated,                         | **GRANTING DEFENDANT**
13 |                                   | **PERMISSION TO APPEAL FROM**
   |              Plaintiffs,          | **REMAND ORDER AND REQUEST**
14 |                                   | **FOR EXPEDITED CLERK'S**
   |         vs.                       | **RECORD ON APPEAL**
15 |                                   |
   | THE HERTZ CORPORATION, and        | **Complaint Filed: September 6, 2007**
16 | DOES 1 through 50, inclusive,     | **Trial Date:      None**
17 |              Defendants.          |

18

19      Defendant The Hertz Corporation ("Hertz") hereby informs the Court that the

20 Ninth Circuit issued an Order on September 5, 2008 granting reconsideration of its

21 denial of permission to appeal, vacating that denial, and GRANTING Hertz

22 permission to appeal the district court's Order of Remand pursuant to 28 U.S.C.

23 §1453(c).  A copy of the Ninth Circuit's Order is attached hereto as Exhibit A.

24      Pursuant to Rule 5(d)(2) of the Federal Rules of Appellate Procedure, when

25 the Court of Appeals grants a petition for permission to appeal, "a notice of appeal

26 need not be filed."  Nonetheless, should any such Notice of Appeal be required for

27 any reason, this document shall constitute formal notice that Hertz is appealing from

28 the district court's January 15, 2008 Order Granting Plaintiff's Motion to Remand.

1  Hertz also shall tender to the district court the $455 fee that is to accompany any
2  Notice of Appeal.

3      Further, Hertz hereby requests that the Clerk of this Court prepare the Record
4  on Appeal on an expedited basis, and that such record include the following
5  documents:

6      Docket #1 – filed October 11, 2007 – Notice of Removal

7      Docket #2 – filed October 11, 2007 – Declaration of Krista Memmelaar

8      Docket #5 – filed October 15, 2007 – Notice of Errata

9      Docket #18 – filed January 15, 2008 – Order Granting Motion to Remand

10
11  Dated:  September 8, 2008              Respectfully submitted.

12                                        THELEN, REID BROWN RAYSMAN
                                          & STEINER LLP
13

14                                   By:  _Robert A. Dolinko_____
15                                        ROBERT A. DOLINKO
16                                        Attorneys for Defendant
                                          THE HERTZ CORPORATION
17

18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE BY MAIL**

CASE NO. 3:07-CV-05222 MMC

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On September 8, 2008, I served the following entitled document:

**NOTICE OF COURT OF APPEAL GRANTING
DEFENDANT PERMISSION TO APPEAL FROM REMAND
ORDER AND REQUEST FOR EXPEDITED CLERK'S
RECORD ON APPEAL**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| Orin Kurtz | Robert J. Stein, III |
| Stephanie Dawn Amin-Giwner | Michael Hensley |
| Stephen T. Rodd | Adorno Yoss Alvarado & Smith |
| Abbey Spanier Rodd & Abrams LLP | 1 MacArthur Place, Suite 200 |
| 212 East 39th Street | Santa Ana, California 92707 |
| New York, NY 10016 | |
| | |
| Andrew Jones Ogilvie | W.H. "Hank" Willson, Esq. |
| Kemnitzer Anderson Barron Ogilvie & | Clint J. Brayton, Esq. |
| Brewer, LLP | Joshua Konecky, Esq. |
| 445 Bush Street, Sixth Floor | Schneider Wallace Cottrell Brayton Konecky LLP |
| San Francisco, CA 94108 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2008, at San Francisco, California.

Lisa Schuh

SF #1553573 v1

-1-

CERTIFICATE OF SERVICE BY MAIL

# EXHIBIT A

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 05 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA FRIEND; et al., | No. 08-80011 |
| Plaintiffs- Respondents, | D.C. No. CV-07-05222-MMC |
| | Northern District of California, |
| v. | San Francisco |
| THE HERTZ CORPORATION, | |
| Defendant- Petitioner. | ORDER |

Before: FISHER and PAEZ, Circuit Judges.

Petitioner's motion for reconsideration of the court's April 17, 2008 order is granted. The April 17, 2008 order is vacated and the petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is granted. The motion for reconsideration en banc is denied as moot.

Within 10 days after the filing date of this order, petitioner shall perfect the appeal pursuant to Federal Rule of Appellate Procedure 5(d).

Pursuant to 28 U.S.C. § 1453(c)(2), the court shall complete all action on this appeal, including rendering judgment, not later than 60 days after the date on which the appeal was filed. *See also Bush v. Cheaptickets, Inc.*, 425 F.3d 683, 685 (9th Cir. 2005) (stating that 60-day time period begins to run when the court

ec/MOATT

accepts the appeal). Accordingly, the parties shall file simultaneous briefs in the Clerk's Office in San Francisco by 3:00 p.m. on September 15, 2008.

Rule 6(c)(1) of the Administrative Order Regarding Electronic Filing shall not apply to this appeal. Accordingly, the parties shall file 10 copies of the brief in paper format, accompanied by certification that the brief is identical to the version submitted electronically.

Each brief shall be received in the office of opposing counsel on the date the brief is due in this court.

Any motion to extend time to file the briefs shall strictly comply with the requirements set forth in 28 U.S.C. § 1453(c)(3).

The Clerk shall calendar this case during the week of October 20-24, 2008 in Pasadena, California.

cc/MOATT