UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

September 10, 2008

**CASE INFORMATION:**
Short Case Title:  <u>MELINDA FRIEND</u>-v- <u>THE HERTZ CORPORATION</u>
Court of Appeals No. (leave blank if a unassigned <u>08-16963</u>
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.: <u>CV 07-05222 MMC</u>
Date Complaint/Indictment/Petition Filed: <u>10/11/07</u>
Date Appealed order/judgment *entered* <u>1/15/08</u>
Date NOA *filed* <u>9/8/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>9/8/08</u>                    Date Docket Fee Billed:
Date FP granted:                                        Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel: see complaint
Robert A. Dolinko
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
415 371-1200
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                             9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006