ADRMOP, APPEAL, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-05222-MMC
### Internal Use Only

Friend et al v. The Hertz Corporation  
Assigned to: Hon. Maxine M. Chesney  
Case in other court: Alameda Superior Court, RG07344896  
Cause: 28:1332 Diversity-Fair Labor Standards Act

Date Filed: 10/11/2007  
Date Terminated: 01/15/2008  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Melinda Friend**  
*on behalf of themself, and on behalf of all others similarly situated*

represented by **W.H. Hank Willson , IV**  
Schneider Wallace Cottrell Brayton Konecky LLP  
180 Montgomery Street  
Suite 2000  
San Francisco , CA 94104  
(415) 421-7100  
Fax: (415) 421-7105  
Email: wwillson@schneiderwallace.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Clint J. Brayton**  
Schneider Wallace Cottrell Brayton Konecky LLP  
180 Montgomery Street, Suite 2000  
San Francisco , CA 94104  
415-421-7100  
Fax: 415-421-7105  
Email: cbrayton@schneiderwallace.com  
*ATTORNEY TO BE NOTICED*

**Joshua Geoffrey Konecky**  
Schneider Wallace Cottrell Brayton Konecky LLP  
180 Montgomery Street, Suite 2000  
San Francisco , CA 94104  
(415) 421-7100  
Fax: (415) 421-7105  
Email:

jkonecky@schneiderwallace.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Nhieu**
*on behalf of themself, and on behalf of all others similarly situated*

represented by **W.H. Hank Willson , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clint J. Brayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Geoffrey Konecky**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Hertz Corporation**

represented by **Robert A. Dolinko**
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco , CA 94105-3601
415-371-1200
Fax: 415-371-1211
Email: radolinko@thelen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher David Baker**
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street
Suite 1800
San Francisco , CA 94105
415-371-1200
Fax: (415) 371-1211
Email: cbaker@thelen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2007 | [1](#) | NOTICE OF REMOVAL from Alameda Superior Court. Their case number is RG07344896. (Filing fee $350 receipt number 34611011402). Filed by The Hertz Corporation. (sv, COURT STAFF) (Filed on 10/11/2007). Additional attachment(s) added on 10/18/2007 (slh, COURT STAFF). (Entered: 10/15/2007) |
| | | |

| Date | # | Description |
|---|---|---|
| 10/11/2007 | 2 | Declaration of Krista Memmelaar in Support of 1 Notice of Removal filed by The Hertz Corporation. (Related document(s) 1 ) (sv, COURT STAFF) (Filed on 10/11/2007). Additional attachment(s) added on 10/18/2007 (slh, COURT STAFF). (Entered: 10/15/2007) |
| 10/11/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 1/9/2008. Case Management Conference set for 1/16/2008 01:30 PM. (Attachments: # 1 Standing Order for Judge Chen# 2 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 |   | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 1 | Answer to Removal Complaint by The Hertz Corporation. (slh, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/15/2007 | 4 | CERTIFICATE OF SERVICE by The Hertz Corporation re 2 Declaration in Support, 1 Notice of Removal, 3 ADR Scheduling Order (Dolinko, Robert) (Filed on 10/15/2007) (Entered: 10/15/2007) |
| 10/15/2007 | 5 | ERRATA re 1 Notice of Removal by The Hertz Corporation. (Attachments: # 1 Exhibit A - Copy of Plaintiffs' Class Action Complaint)(Dolinko, Robert) (Filed on 10/15/2007) (Entered: 10/15/2007) |
| 10/18/2007 | 6 | First Declination to Proceed Before a U.S. Magistrate Judge by The Hertz Corporation *And Request For Reassignment To A United States District Judge*. (Dolinko, Robert) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 11/09/2007 | 7 | MOTION to Remand *OR, IN THE ALTERNATIVE, REQUEST FOR DISCOVERY REGARDING HERTZ'S PRINCIPAL PLACE OF BUSINESS; MEMORANDUM OF POINTS AND AUTHORITIES* filed by Melinda Friend, John Nhieu. (Willson, W.H.) (Filed on 11/9/2007) (Entered: 11/09/2007) |
| 11/19/2007 | 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 11/19/2007) (Entered: 11/19/2007) |
| 11/20/2007 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Maxine M. Chesney for all further proceedings. Judge Edward M. Chen no longer assigned to the case. Signed by Executive Committee on 11/20/07. (ha, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/27/2007 | 10 | MOTION to Remand *OR, IN THE ALTERNATIVE, REQUEST FOR DISCOVERY REGARDING HERTZ'S PRINCIPAL PLACE OF BUSINESS; MEMORANDUM OF POINTS AND AUTHORITIES* filed by Melinda Friend, John Nhieu. Motion Hearing set for 1/4/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco. (Willson, W.H.) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 11/27/2007 | 11 | Proposed Order *GRANTING PLAINTIFFS' MOTION TO REMAND* by Melinda Friend, John Nhieu. (Willson, W.H.) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 12/07/2007 | 12 | CASE MANAGEMENT SCHEDULING ORDER: Case Management |

|  |  |  |
|---|---|---|
|  |  | Statement due by 1/11/2008. Case Management Conference re-set for 1/18/2008 10:30 AM.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Standing Orders)(tl, COURT STAFF) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 12/14/2007 | 13 | Brief *Of Defendant The Hertz Corporation In Opposition To Plaintiffs' Motion To Remand* filed byThe Hertz Corporation. (Attachments: # 1 Exhibit A)(Dolinko, Robert) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/14/2007 | 14 | Proposed Order re 13 Brief *Denying Plaintiffs' Motion To Remand* by The Hertz Corporation. (Dolinko, Robert) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/21/2007 | 15 | Brief *Plaintiff's Reply Brief for Motion to Remand; or, in the Alternative, Request for Discovery Regarding Hertz's Principal Place of Business* filed byMelinda Friend, John Nhieu. (Willson, W.H.) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 01/08/2008 | 16 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/08/2008 | 17 | CERTIFICATE OF SERVICE by Melinda Friend, John Nhieu (Willson, W.H.) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/15/2008 | 18 | ORDER GRANTING PLAINTIFFS' MOTION TO REMAND; VACATING HEARING. Signed by Judge Maxine M. Chesney on January 15, 2008. (mmclc1, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 |  | (Court only) Civil Case Terminated. (mmclc1, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/16/2008 | 19 | CLERK'S NOTICE: Sent by U.S. MAIL a certified copy of the 18 Order to Remand with a certified copy of the civil docket to the Superior Court of California County of Alameda. (aaa, Court Staff) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/24/2008 | 20 | RECEIPT OF ACKNOWLEDGMENT from the Superior Court of California County of Alameda. Re 18 Remand Order (aaa, Court Staff) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 04/21/2008 | 21 | ORDER of USCA: The petition for permission to appeal is denied. (aaa, Court Staff) (Filed on 4/21/2008) (Entered: 04/23/2008) |
| 09/08/2008 | 24 | NOTICE OF APPEAL as to 18 Order on Motion to Remand, by The Hertz Corporation. Filing fee $ 455.00., receipt number 34611023170 (aaa, Court Staff) (Filed on 9/8/2008) (Entered: 09/10/2008) |
| 09/09/2008 | 22 | **USCA Case Number 08-16963** (aaa, Court Staff) (Filed on 9/9/2008) (Entered: 09/09/2008) |
| 09/09/2008 | 23 | USCA ORDER: The motion for reconsideration en banc is denied as moot. (aaa, Court Staff) (Filed on 9/9/2008) (Entered: 09/09/2008) |
| 09/10/2008 | 25 | Cover Letter& Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 24 Notice of Appeal (aaa, Court Staff) (Filed on |

|  |  | 9/10/2008) (Additional attachment(s) added on 9/10/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 09/10/2008) |
| --- | --- | --- |
| 09/10/2008 | 26 | Certificate of Record Mailed to USCA re appeal 24 Notice of Appeal : (aaa, Court Staff) (Filed on 9/10/2008) (Entered: 09/10/2008) |
| 09/10/2008 | 27 | Copy of 24 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 9/10/2008) (Entered: 09/10/2008) |