**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                         General Court Number
Clerk                                                                                                    415.522.2000

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**RECORD TRANSMITTAL FORM**

**Date:**

**To:**   United States Court of Appeals                 (x)  **Check here if record is being**
          For the Ninth Circuit/Records Unit                  **sent directly to a Judge**
          95 Seventh Street
          San Francisco, CA 94103

**From:**

**DC No:**          **C07-5222 MMC**      **Appeal No:**     **08-16963**

**Short Title:**      **Friend, et al., v. The Hertz Corp.**

**Composition of Record**

**Clerk's Files in _____ volumes**          () original              ( ) certified copy

  **Bulky docs. ___ volumes (folders)**     docket#_____

**Reporter's**
**Transcripts   in _____volumes**       ( ) original             ( ) certified copy

**Exhibits:**   in _____envelopes       ( ) under seal
                in _____boxes           ( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**

**Acknowledgment:**_____     **Date:**_____