UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 05 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA FRIEND; JOHN NHIEU, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant - Appellant. | No. 08-16963<br><br>D.C. No. 3:07-cv-05222-MMC<br>Northern District of California,<br>San Francisco<br><br>**TIME SCHEDULE ORDER** |

**FILED**

SEP 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The parties shall meet the following time schedule:

**Mon., September 15, 2008**  The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**Mon., September 15, 2008**  Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**NOTE: briefs are due at 3:00pm .**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk