IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAY 14 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MELINDA FRIEND, et al.,

    Plaintiff,

v.

THE HERTZ CORPORATION

    Defendant.

CASE NO. C-07-5222 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Stephanie Amin-Giwner, whose business address and telephone number is Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, NY, NY 10016, Telephone number 212-889-3700

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the plaintiffs,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 21, 2010

                                              Maxine M. Chesney
                                              United States District Judge

United States District Court
For the Northern District of California