

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendant. | CASE NO. 3:07-cv-05222 MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stephen T. Rodd , whose business address and telephone number is

Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, (212)889-3700

and who is an active member in good standing of the bar of the State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 4, 2010

Maxine M. Chesney
United States District Judge