Joshua G. Konecky (SBN 182897)
jkonecky@schneiderwallace.com
Lisa M. Bowman (SBN 253843)
lbowman@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel:  (415) 421-7100, Fax:  (415) 421-7105

Stephanie Amin-Giwner (*Pro Hac Vice*)
samin@abbeyspanier.com
Stephen T. Rodd (*Pro Hac Vice*)
srodd@abbeyspanier.com
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Tel:  (212) 889-3700, Fax:  (212) 684-5191

Robert J. Stein III (SBN 212495)
rstein@adorno.com
Michael Hensley (SBN 90437)
mhensley@adorno.com
Claire M. Schmidt (SBN 262946)
cschmidt@adorno.com
ADORNO YOSS ALVARADO & SMITH
MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6837, Fax:  (714) 852-6899

Attorneys for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 3:07-cv-05222 MMC<br><br>**[proposed] ORDER GRANTING PARTIES' JOINT REQUEST TO EXCEED PAGE LIMITS**<br><br>Date:  December 17, 2010<br>Time:  9:00 a.m.<br>Courtroom:  7<br>Judge:  The Hon. Maxine M. Chesney |

---

[PROPOSED] ORDER GRANTING PARTIES' JOINT REQUEST TO EXCEED PAGE LIMITS
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

**[proposed] ORDER**

The Court having reviewed the Parties' Request to Exceed Page Limits and GOOD CAUSE APPEARING, the Parties' Request is hereby GRANTED.

Accordingly, the Court ORDERS as follows:

(1) Plaintiffs' brief in support of its Motion for Class Certification due September 17, 2010, may not exceed 35 pages, excluding indices and exhibits; and

(2) Defendants' brief in support of its Opposition to Plaintiffs' Motion for Class Certification due October 15, 2010, may not exceed 35 pages, excluding indices and exhibits.

IT IS SO ORDERED.

DATED: September 21, 2010

The Honorable Maxine M. Chesney
United States District Court Judge

---

[PROPOSED] ORDER GRANTING PARTIES' JOINT REQUEST TO EXCEED PAGE LIMITS
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

1