UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELINDA FRIEND, et al.,

              Plaintiff(s),

   v.

THE HERTZ CORPORATION, et al.

              Defendant(s).

CASE NO. 3:07-cv-05222 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

GRACE E. PARASMO , an active member in good standing of the bar of the State of New York (particular court to which applicant is admitted) whose business address and telephone number is Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, 212-889-3700

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: September 27, 2010

                                               Maxine M. Chesney
                                               United States District Judge