# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:07-cv-05222 MMC<br><br>[~~proposed~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE RESPONSE TO CASE CITED IN SUR-REPLY**<br><br>Date: ~~December 17, 2010~~<br>Time: ~~9:00 a.m.~~<br>Courtroom: 7<br>Judge: The Hon. Maxine M. Chesney |

---

[proposed] Order Granting Plaintiffs' Administrative Motion to File Response to Sur-Reply
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

1
2
3
4
5

The Court has reviewed Plaintiffs' Administrative Motion to File Response to Case Cited in Defendant's Sur-reply to Plaintiffs' Motion for Class Certification. Pursuant to Civ. Local Rule 7-11(a) and good cause appearing, ~~and the declaration filed by defendant in opposition thereto,~~ the Court grants Plaintiffs' Motion and directs ~~the Clerk of Court~~ ^plaintiffs to file the document attached as Exhibit A to the Motion, no later than December 23, 2010.

IT IS SO ORDERED.

Dated: December 15, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court

---

[proposed] Order Granting Plaintiffs' Administrative Motion To File Response to Sur-Reply
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC
1