ROBERT A. DOLINKO (State Bar No. 076256)
rdolinko@nixonpeabody.com
CHRIS BAKER (State Bar No. 181557)
cbaker@ nixonpeabody.com
WALTER T. JOHNSON (State Bar No. 111094)
wjohnson@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center; Suite 1800
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA and BILLY C. HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | Case No. 3:07-cv-05222 MMC<br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CLASS CERTIFICATION MOTION FOR ONE WEEK; [PROPOSED ORDER]**<br><br>Present Date:  January 28, 2011<br>Time:  9:00 a.m.<br>Courtroom.:    7<br><br>Proposed Date:  February 4, 2011 |

**RECITALS**

WHEREAS, the Court originally scheduled Plaintiffs' motion for class certification for December 17, 2010; and

WHEREAS, the Court rescheduled that motion for hearing on January 28, 2011 in order to receive additional briefing from the parties relative to certain issues identified by the Court in its Order filed December 14, 2010 [Docket No. 89]; and

1
STIPULATION TO CONTINUE HEARING ON CLASS CERTIFICATION MOTION FOR ONE WEEK
[PROPOSED ORDER
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222

WHEREAS, lead counsel for Defendant The Hertz Corporation is obligated to be on the East Coast for both a deposition and for reasons related to the health of his elderly parent.

**STIPULATION**

All parties to this action, Defendant The Hertz Corporation and Plaintiffs Melinda Friend, John Nhieu, Robert Higareda and Billy C. Hart, hereby stipulate and agree, through their undersigned counsel, that, subject to the Court's availability, the hearing on Plaintiffs' motion for class certification should be rescheduled from January 28, 2011 to February 4, 2011 at 9:00 a.m..

IT IS SO STIPULATED

Date: January 21, 2011

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

ABBEY SPANIER RODD & ABRAMS, LLP

KEMNITZER, ANDERSON, BARRON,
OGILVIE & BREWER LLP

ADORNO YOSS ALVARADO & SMITH

By    /s/ Joshua G. Konecky
        Joshua G. Konecky
Attorneys for Plaintiffs
MELINDA FRIEND, JOHN NHIEU,
ROBERT HIGAREDA and BILLY HART

Date: January 21, 2011

NIXON PEABODY LLP

By    /s/ Robert A. Dolinko
Robert A. Dolinko
Attorneys for Defendant
THE HERTZ CORPORATION

PURSUANT TO STIPULATION.

IT IS SO ORDERED.

Date: January 21, 2011

United States District Judge

2
STIPULATION TO CONTINUE HEARING ON CLASS CERTIFICATION MOTION FOR ONE WEEK
[PROPOSED ORDER
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222