RECEIVED
2011 JAN 25 P 12: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA and BILLY C. HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | Case No. 3:07-cv-05222 MMC<br><br>~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Present Date: January 28, 2011<br>Time: 9:00 a.m.<br>Courtroom.: 7<br><br>Proposed Date: February 4, 2011 |

Frank B. Shuster, whose business address and telephone number is Constangy, Brooks & Smith, LLP, 230 Peachtree Street, N.W., Suite 2400, Atlanta, Georgia 30303-1557, (404) 525-8622 and who is an active member in good standing of the bar of the State of Georgia, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* bases, representing Defendant The Hertz Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: January 27, 2011

Maxine M. Chesney
United States District Judge

13317809.1