United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELINDA FRIEND, et al.,

    Plaintiff,

  v.

HERTZ CORPORATION,

    Defendant.

No. C-07-5222 MMC

**ORDER VACATING FEBRUARY 4, 2011 HEARING**

    Before the Court is plaintiffs' Motion for Class Certification, filed September 17, 2010; defendant has filed opposition, plaintiffs have filed a reply, defendant has filed a surreply, and plaintiffs have failed a response to the surreply. Further, each of the parties, at the direction of the Court, has filed a supplemental memorandum to address, inter alia, issues of standing. Also before the Court is defendant's Motion to Strike, filed October 15, 2010; plaintiffs have filed opposition thereto, and defendant has filed a reply.

    Having read and considered the above-referenced filings, the Court deems the matters appropriate for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for February 4, 2011.

    **IT IS SO ORDERED.**

Dated: February 1, 2011

_[signature]_
MAXINE M. CHESNEY
United States District Judge