IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELINDA FRIEND, et al.,

    Plaintiff,

  v.

HERTZ CORPORATION,

    Defendant.

No. C-07-5222 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is the parties' Joint Case Management Statement, filed February 18, 2011. As the parties note therein, plaintiffs' Motion for Class Certification is presently under submission.

    Under the circumstances, the Court hereby CONTINUES the Case Management Conference from February 25, 2011 to March 25, 2011, at 10:30 a.m. An updated Joint Case Management Statement shall be filed no later than March 18, 2011.

    **IT IS SO ORDERED.**

Dated: February 22, 2011

MAXINE M. CHESNEY
United States District Judge