1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 3:07-cv-05222 MMC<br><br>**[proposed] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  ~~March 25, 2011~~<br>Time:  10:30 a.m.<br>Courtroom:  7<br>Judge:  The Hon. Maxine M. Chesney |

[proposed] Order Granting Joint Request to Continue Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

The Court has reviewed the parties' joint request to continue the case management conference currently scheduled for March 25, 2011.  Good cause showing, the case management conference is CONTINUED until __June 3__, 2011, at __10:30__ a.m./~~p.m~~.  A joint case management conference shall be filed no later than __May 27__, 2011

IT IS SO ORDERED.

Dated: March 21, 2011

*[signature: Maxine M. Chesney]*

THE HONORABLE MAXINE M. CHESNEY
United States District Court

---

[proposed] Order Granting Joint Request to Continue Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC
1