FILED

UNITED STATES COURT OF APPEALS

MAY 11 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA FRIEND, on behalf of themself, and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Petitioners, <br><br> v. <br><br> HERTZ CORPORATION, <br><br> Defendant - Respondent. | No. 11-80067 <br><br> D.C. No. 3:07-cv-05222-MMC Northern District of California, San Francisco <br><br> ORDER |

Before: RYMER and CALLAHAN, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's February 24, 2011 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

Once the new appeal is opened, briefing shall be held in abeyance pending this court's disposition in *Delodder v. Aerotek, Inc.*, No. 10-56755. Within 30 days after disposition of appeal No. 10-56755, petitioners shall file their opening brief in the perfected appeal; the answering brief is due within 30 days after service of the

AM/MOATT

opening brief; and the optional reply brief is due within 14 days after service of the answering brief.