UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:07-cv-05222 MMC<br><br>**[proposed] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>~~Date:  June 3, 2011~~<br>Time:  10:30 a.m.<br>Courtroom:  7<br>Judge:  The Hon. Maxine M. Chesney |

[proposed] Order Granting Joint Request to Continue June 3, 2011, Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

1  The Court has reviewed the parties' joint request to continue the case management
2  conference currently scheduled for June 3, 2011.  Good cause showing, the case management
3  conference is CONTINUED until __October 28_____, 2011, at ___10:30___ a.m./~~p.m~~.  A
4  joint case management conference shall be filed no later than _October 21_____, 2011
5
6
7  IT IS SO ORDERED.
8
9  Dated: June 1 , 2011                    _____
                                            THE HONORABLE MAXINE M. CHESNEY
                                            United States District Court