1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 3:07-cv-05222 MMC<br><br>[proposed] **ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 28, 2011<br>Time:  10:30 a.m.<br>Courtroom:  7<br>Judge:  The Hon. Maxine M. Chesney |

[proposed] Order Granting Joint Request to Continue October 28, 2011, Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

1  The Court has reviewed the parties' joint request to continue the case management
2  conference currently scheduled for October 28, 2011. Good cause showing, the case management
3  conference is CONTINUED until  March 30 , 2012, at   10:30   a.m./~~p.m~~. A
4  joint case management conference shall be filed no later than  March 23 , 2012.

   IT IS SO ORDERED.

   Dated: Oct. 24, 2011            _____
                                   THE HONORABLE MAXINE M. CHESNEY
                                   United States District Court

2
[proposed] Order Granting Joint Request to Continue October 28, 2011, Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP