IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, et al., | No. C-07-5222 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HERTZ CORPORATION, | |
| Defendant. | |

    Before the Court is the parties' Case Management Statement and Joint Request to Continue Case Management Conference, filed March 23, 2012. As the parties note therein, plaintiffs' appeal from the order denying class certification remains pending before the Court of Appeals for the Ninth Circuit.

    Under the circumstances, the Court hereby CONTINUES the Case Management Conference from March 30, 2012 to November 16, 2012, at 10:30 a.m. An updated Joint Case Management Statement shall be filed no later than November 9, 2012.

    **IT IS SO ORDERED.**

Dated: March 26, 2012

MAXINE M. CHESNEY
United States District Judge