# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 3:07-cv-05222 MMC<br><br>[~~proposed~~] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: November 16, 2012<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Judge: The Hon. Maxine M. Chesney |

[proposed] Order Granting Joint Request to Continue November 16, 2012, Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

The Court has reviewed the parties' joint request to continue the case management conference currently scheduled for November 16, 2012.  Good cause showing, the case management conference is CONTINUED until _____March 8_____, 2013, at __10:30__ a.m./~~p.m.~~  A joint case management conference shall be filed no later than _____March 1_____, 2013.

IT IS SO ORDERED.

Dated: __Nov. 9__, 2012                    _____
                                            THE HONORABLE MAXINE M. CHESNEY
                                            United States District Court

2
[proposed] Order Granting Joint Request to November 12, 2012, Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC