**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY HART, on behalf of themselves, and on behalf of all others similarly situated, | Case No. 3:07-cv-05222 MMC |
| Plaintiffs, | **[proposed] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| HERTZ CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | ~~Date:  July 19, 2013~~<br>Time:  10:30 a.m.<br>Courtroom:  7<br>Judge:  The Hon. Maxine M. Chesney |

SCHNEIDER  WALLACE
COTTRELL  BRAYTON
KONECKY LLP

1

2

3       The Court has reviewed the parties' joint request to continue the case management

conference currently scheduled for July 19, 2013.  Good cause showing, the case management

conference is CONTINUED until  December 13            , 2013, at  10:30      a.m./p.m.  A

joint case management conference shall be filed no later than  December 6          , 2013.

4

5

6

7       IT IS SO ORDERED.

8

9       Dated: July 12, 2013                    _____
                                               THE HONORABLE MAXINE M. CHESNEY
                                               United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[proposed] Order Granting Joint Request to Continue Case Management Conference
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222 MMC

SCHNEIDER  WALLACE
COTTRELL  BRAYTON
KONECKY LLP