United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, JOHN NHIEU, ROBERT HIGAREDA, and BILLY C. HART, on behalf of themselves, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br>THE HERTZ CORPORATION,<br><br>      Defendant.<br>_____/ | No. C 07-05222 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' "Joint Request to Continue Case Management Conference," filed September 10, 2014, by which the parties request the Court continue the Case Management Conference currently scheduled for September 19, 2014, to October 3, October 17, or October 31, 2014.

    Good cause appearing, the Case Management Conference currently set for September 19, 2014, is hereby CONTINUED to October 17, 2014.

**IT IS SO ORDERED.**

Dated: September 12, 2014

                                            MAXINE M. CHESNEY
                                            United States District Judge