IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FRIEND, et al., | No. C-07-5222 MMC |
| Plaintiff, | **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE; DIRECTIONS TO PARTIES; VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HERTZ CORPORATION, | |
| Defendant. | |

Before the Court is the parties' "Stipulation of Dismissal with Prejudice," filed February 17, 2015.

In said filing, the parties state that the above-titled action is subject to dismissal with prejudice, in light of a settlement agreement, and request the Court "retain jurisdiction to enforce the terms of the settlement should that become necessary." (See Stipulation, second page, at 2:9-12.) The parties have not, however, submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purpose proposed.

Accordingly, the parties are hereby DIRECTED to submit, no later than February 27, 2015, a copy of the settlement agreement, or, in the alternative, to file a revised stipulation of dismissal without a request for the retention of jurisdiction.

In light of the above, the Case Management Conference, scheduled for February

20, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  February 17, 2015

_____
MAXINE M. CHESNEY
United States District Judge