1  JOSHUA G. KONECKY (SBN 182897)
   jkonecky@schneiderwallace.com
2  SCHNEIDER WALLACE
   COTTRELL KONECKY WOTKYNS LLP
3  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5
   Attorneys for Plaintiffs
6  (additional counsel appear at the end of this pleading)

7  ROBERT A. DOLINKO (State Bar No. 076256)
   rdolinko@nixonpeabody.com
8  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
9  San Francisco, CA 94111
   Telephone:  (415) 984-8200
10 Facsimile:   (415) 984-8300

11 Attorneys for Defendant
   THE HERTZ CORPORATION
12 (additional counsel appear at the end of this pleading)

13

14                     **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 MELINDA FRIEND, JOHN NHIEU, ROBERT       Case No. C:07-05222 MMC
   HIGAREDA and BILLY C. HART, on behalf
   of themselves, and on behalf of all others
18 similarly situated,                       **[PROPOSED] ORDER DISMISSING CASE
                                             WITH PREJUDICE**
19         Plaintiffs,

20     vs.                                    Courtroom: 7
                                              Judge: The Hon. Maxine M. Chesney
21 THE HERTZ CORPORATION,

22         Defendant.

23

24

25

26

27

28

1     Based upon the parties' stipulation to dismiss the case with prejudice, **IT IS HEREBY**
2 **ORDERED**:
3     This case is dismissed with prejudice, each party to bear his, her or its own costs and
4 attorneys' fees.  The Court hereby retains jurisdiction solely to enforce the terms of the parties'
5 settlement should that become necessary.

8 Dated: ~~February 17, 2015~~
9     February 24, 2015

UNITED STATES DISTRICT JUDGE

---

1
ORDER OF DISMISSAL WITH PREJUDICE
*Friend, et al. v. Hertz Corp., et al.*, Case No. 3:07-cv-05222